FILED '07 MAR 06 15:08 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SHIRLEY P. TANGERMANN,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant.

Civil No. 06-364-AA

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $5230.50 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: March 3, 2007.

                              Hon. Ann Aiken
                              United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff